IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS SLOAN, ) | |
| ) | No. 15 C 8301 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Jorge L. Alonso |
| ) | |
| WALGREENS, WALGREENS ) | |
| SECURITY GUARD, ) | |
| ) | |
| Defendants. | |

## MEMORANDUM OPINION AND ORDER

Plaintiff seeks to proceed *in forma pauperis* ("IFP") in this suit against Walgreens and one of its security guards. Plaintiff's IFP application states that neither he nor anyone who lives at the same address has any income or assets, but it does not explain how he pays for day-to-day living expenses. Even if plaintiff is indigent, however, the Court could not grant his IFP application because it does not "state a claim on which relief may be granted." *See* 28 U.S.C. § 1915(e)(2)(ii). Plaintiff complains that a Walgreens security guard followed him around a Walgreens store, "snatched the product" plaintiff planned to buy "out of [his] hands," yelled at plaintiff, and "publicly embrassed [sic] [him] in front of strangers." (Compl. at 4-5.) These allegations do not state a federal claim or engage the Court's diversity jurisdiction. Accordingly, the Court dismisses this suit for lack of subject matter jurisdiction and strikes as moot plaintiff's IFP application [4] and motion for attorney representation [5]. This case is terminated.

**SO ORDERED.**                    **ENTERED:** October 1, 2015

_____
**HON. JORGE L. ALONSO**
**United States District Judge**